1
2
3
4
5
6
7                      UNITED STATES DISTRICT COURT

8                     CENTRAL DISTRICT OF CALIFORNIA

9

10   GARY ROUSE,                        )   Case No. CV 12-96 SVW (FFM)
                                        )
11                         Plaintiff,   )   ORDER ACCEPTING FINDINGS,
                                        )   CONCLUSIONS AND
12        v.                            )   RECOMMENDATIONS OF
                                        )   UNITED STATES MAGISTRATE JUDGE
13   DOCTOR KLOTZ,                      )
                           Defendant.   )
14   _____)

15

16        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records

17   and files herein, and the Report and Recommendation of United States Magistrate Judge.

18   Plaintiff has not filed any written Objections to the Report.  The Court concurs with and

19   accepts the findings, conclusions and recommendations of the Magistrate Judge.

20        IT IS ORDERED that Judgment be entered dismissing this action without

21   prejudice.

22

23   DATED:  August 1, 2013

24
                                        _____
25                                          STEPHEN V. WILSON
                                          United States District Judge
26

27

28