1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                   CENTRAL DISTRICT OF CALIFORNIA
9
10   GARY ROUSE,                      )   Case No. CV 12-96 SVW (FFM)
                                      )
11                        Plaintiff,  )   JUDGMENT
                                      )
12        v.                          )
                                      )
13   DOCTOR KLOTZ,                     )
                          Defendant.  )
14   ─────────────────────────────────)
15
16        Pursuant to the Order Accepting Findings, Conclusions and Recommendations of
17   United States Magistrate Judge,
18        IT IS ADJUDGED that plaintiff take nothing by his Complaint and that this action
19   is dismissed without prejudice.
20
21   DATED:  August 1, 2013
22
23
24                                        ─────────────────────────────────
                                              STEPHEN V. WILSON
25                                           United States District Judge
26
27
28